ORIGINAL

Case 4:15-cr-00151-O Document 167 Filed 07/21/15 Page 1 of 2 PageID 336

FILED
U.S. DISTRICT COURT
NORTHERN DIST. OF TX
FT. WORTH DIVISION

2015 JUL 21 PM 3:51

CLERK OF COURT
TS

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>GAVIN SEGUIN (21) | No. 4:15-CR-151-O<br>(Supersedes Indictment returned June 10, 2015, as to defendant Gavin Seguin only) |

## SUPERSEDING INFORMATION

The United States Attorney Charges:

### Count One

Conspiracy to Possess with Intent to Distribute a Controlled Substance
(Violation of 21 U.S.C. § 846)

Beginning in or around January 2014, and continuing until in or around April 2015, in the Fort Worth Division of the Northern District of Texas, and elsewhere, defendant **Gavin Seguin,** along with Howard McMillan and Matthew Rutledge, not named as defendants herein, as well as others both known and unknown, did knowingly and intentionally combine, conspire, confederate, and agree to engage in conduct in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(C), namely to possess with intent to distribute a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of 21 U.S.C. § 846 (21 U.S.C. §§ 841(a)(1) and (b)(1)(C)).

JOHN R. PARKER
UNITED STATES ATTORNEY

_____
SHAWN SMITH
Assistant United States Attorney
Texas State Bar No. 24033206
801 Cherry Street, Suite 1700
Fort Worth, Texas 76102
Telephone: 817.252.5200
Facsimile: 817.252.5455